


**MICHAEL A. CARDOZO**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

**Pinar Ozgu**
Labor and Employment Law Division
Telephone: (212) 788-0895
Fax No.: (212) 788-8877
E-mail: pozgu@law.nyc.gov

May 28, 2008

Honorable Robert W. Sweet
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Room 1920
New York, NY 10007

Re: Hunter v. NYC Department of Sanitation
    08 CV 00572 (RWS)
    Matter No. 2008-019541

So ordered
Sweet
USDJ
5-28-08

Dear Judge Sweet:

I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant in the above-referenced action. I write to respectfully request that defendant's time to respond to the complaint be extended from June 4 until July 18, 2008. This is defendant's first request for an enlargement of time.

Plaintiff, who appears pro se, brings this action pursuant to Title VII alleging that defendant discriminated against him on the basis of his sex and national origin by stripping him of his supervisory duties.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

- 2 -

      This extension of time is necessary to permit a thorough investigation of plaintiff's claims, consultation with the client, and the preparation of an appropriate response to the complaint. I have consulted with plaintiff who consents to this request.

      I thank the Court for its consideration of this request.

                                                 Respectfully submitted,

                                                Pinar Ozgu
                                                Assistant Corporation Counsel

cc:    Plaintiff *Pro Se* (by Regular Mail)
        Jeffrey Blackfoot Hunter
        521 East 82nd Street Apt. 2A
        New York, New York 10028
        Tel: (917) 701-5076